# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
100 FEDERAL PLAZA
CENTRAL ISLIP, N Y 11722-9014

DOUGLAS C. PALMER, CLERK
CAROL McMAHON, CHIEF DEPUTY FOR L.I.                                                    *www.nyed.uscourts.gov*

February 9, 2012

Thomas Sirico, #07-A-0242
Five Points Corr. Facility
State Rte. 96; P.O. Box 119
Romulus, NY 14541

                                In re:   CV 12-0358 (JFB)
                                      Sirico v. NY Attorney General

Dear *Pro Se* Litigant:

      This will acknowledge receipt of your petition for a writ of habeas corpus pursuant to 28 U.S.C.§ 2254. The case has been docketed under the above number and assigned to the Honorable Joseph F. Bianco. Please be advised of the following:

      -it is your responsibility to ensure that documents filed with this Court comply with the Federal Rules of Civil Procedure, the Local Rules of the Eastern District of New York, and the Judges' Individual Practice Rules. The Local Rules and the Judges' Individual Practice Rules are available at *www.nyed.uscourts.gov* ;

      -documents submitted for filing should be originals and must contain your signature, case number, name of case and assigned judge;

      -pursuant to Federal Rules of Civil Procedure 5.2, the filing party shall not include personal information in filings as follows: (a) if an individual's social security number must be included in a document, only the last four digits of that number shall be used; (b) if the involvement of a minor child must be mentioned, only the initials of that child shall be used; (c) if an individual's date of birth must be included in a document, only the year shall be used (d) if financial account numbers are relevant, only the last four digits of these numbers shall be used;

      -an affidavit or affirmation of service must be included with all documents sent in for filing;

      -all documents should be sent to the *Pro Se* Office at the Central Islip courthouse. DO NOT send any paperwork directly to chambers unless directed to do so by the Judge;

      -it is your duty to keep this office informed of any change of address; failure to do so may result in your case being dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b); a change of address form is enclosed.

      - it is your responsibility to retain copies of any documents you file, as well as copies of documents mailed to you by opposing counsel or the Clerk, and monitor the progress of your action yourself.

                                                        Very truly yours,

                                                        Robert C. Heinemann
                                                        Clerk of Court

                                                        By: /s/ C.Vukovich
                                                       *Pro Se* Paralegal

enc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------- X

                    Plaintiff,

       -against-                                  Case No. _____

                                                    Judge: _____

                    Defendant.
-------------------------------------------------- X

PLEASE BE ADVISED THAT MY NEW ADDRESS IS:

NUMBER AND STREET:_____

CITY: _____       STATE: _____

ZIP CODE: _____       TELEPHONE NO: _____

IF APPLICABLE:

PRISON: _____       PRISONER ID# _____

EFFECTIVE DATE OF CHANGE: _____

DATED: _____                      _____
                                                                           SIGNATURE

                                                                               _____
                                                                               PRINTED NAME

                                                                               _____
                                                                               PRESENT ADDRESS

                                                                               _____